**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**JEANETTE PATTON**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-08-0388 LKK |
| Plaintiff, | **ORDER RE DEFENDANT'S REQUEST TO EXTEND SURRENDER DATE** |
| vs. | |
| JEANETTE PATTON | |
| Defendant | |

Defendant JEANETTE PATTON, by and through her undersigned attorney, Johnny L. Griffin III, hereby request an Order to extend Defendant's surrender date in the above captioned case from April 21, 2009 to May 21, 2009 at 2:00 p.m. This extension is requested to allow additional time for Defendant to make medical arrangements for her cervical neck surgery. Counsel for the government, Assistant United States Attorney Matthew Segal, has no objection to this request.[1] This request is based on the following facts:

Defendant was in a motor vehicle accident on October 28, 2008. She sustained severe injuries from the accident including a disrupted disk in her neck that will require surgery to

---

[1] Assistant United States Attorney Matthew Segal telephonically advised counsel for Defendant that, based on the facts set forth herein, he does not oppose or object to this request.

1 repair. She also suffers from severe neck pain, lower back pain and left hip pain, severe
2 headaches, and right upper extremity paresthesias. Her treating physicians have rendered her
3 "totally temporarily disabled" until surgery and further treatment, and she has been referred to
4 an orthopedist for left hip evaluation to determine her best surgery options.

Accordingly, Defendant request, without objection from the government, that the Court issue an Order extending her surrender date from April 21, 2009 to May 21, 2009, with all other conditions of her Judgment remaining as set forth in the Court's order dated February 2, 2009

Dated: April 17, 2009         /s/ Johnny L. Griffin, III
                              JOHNNY L. GRIFFIN, III
                              Attorney for Jeanette Patton

**IT IS SO ORDERED.**

Dated: April 20, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT